SOLARZ, Respondent, v. MANHATTAN RY. CO., Appellant. (Superior Court of New York City, General Term. January 21, 1895.) Action by Anthony Solarz against the Manhattan Railway Company. Davies, Short &

Townsend (Edward B. Thomas, of counsel), for appellant. John L. Brower, for respondent.

PER CURIAM. The judgment and order are affirmed, with costs, on the opinion filed by McADAM, J., the learned trial judge (29 N. Y. Supp. 1123), upon the denial of the motion for a new trial.